# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID McCOY

NO. 2023 KW 0134

**MAY 8, 2023**

---

In Re:     David McCoy, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 04-18-0748.

---

BEFORE:     **THERIOT, CHUTZ, AND HESTER, JJ.**

       **WRIT DENIED.**

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT